CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAY 0 1 2007
JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JIM L. NANCE, ) | |
|     Plaintiff, ) | Civil Action No.7:07-cv-00208 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| JOHN BROWNLEE, <u>ET</u> <u>AL.</u>, ) | By: Hon. James C. Turk |
|     Defendants. ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motion to proceed <u>in forma pauperis</u> without prepayment of the filing fee shall be and hereby is DENIED; the action hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915(g); and this action is hereby stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This  1st  day of ~~April~~ May, 2007.

/s/ James C. Turk
Senior United States District Judge